JS-6

John S. Baker (State Bar No. 144073)
John P. Cleveland (State Bar No. 239749)
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
baker.john@dorsey.com
cleveland.john@dorsey.com

Attorneys for Plaintiff
GRAIN MILLERS DAIRY PRODUCTS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAIN MILLERS DAIRY PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COACHELLA VALLEY EDIBLES, LLC, <br><br> Defendant. | Case No. EDCV08-00685 VAP (SHx) <br><br> [~~PROPOSED~~] **DEFAULT JUDGMENT BY CLERK F.R.C.P. 55(b)(1)** |

1 It appearing from the records in the above-entitled action that summons has been served on Defendant Coachella Valley Edibles, LLC ("Coachella") named below, and it further appearing from the declarations of Steve Shogren and John P. Cleveland in Support of Clerk-Entry of Default and Application for Default Judgment by Clerk, and other evidence as requested by F.R.C.P. 55(a) and 55(b)(1) and Local Rule 55, that Coachella has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure, that Plaintiff Grain Millers Dairy Products, Inc. ("Grain Millers") has requested the Court Clerk to enter default, and Grain Millers has submitted the required documentation for the entry of default judgment to the Court:

Now, therefore, on request of counsel, a Default Judgment as against Coachella Valley Edibles, LLC is hereby entered in favor of Grain Millers Dairy Products, Inc. as follows:

1. Grain Millers Dairy Products, Inc. shall recover from Coachella Valley Edibles, LLC damages in the amount of $114,438.08.

2. Grain Millers Dairy Products, Inc. shall recover from Coachella Valley Edibles, LLC attorney's fees in the amount of $5,888.76.

3. Grain Millers Dairy Products, Inc. shall recover from Coachella Valley Edibles, LLC costs in the amount of $449.28.

Dated: July 23, 2008        By: _____
                                         DEPUTY CLERK